ACCEPTED
12-14-00123-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/9/2015 11:43:53 AM
Pam Estes
CLERK

No. 12-14-00123-CV

In the

Twelfth Court of Appeals

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/9/2015 11:43:53 AM
PAM ESTES
Clerk

Liberty Mutual Insurance Company,

*Appellant,*

v.

Rickie Sims,

*Appellee.*

**Appellee's Unopposed Motion for Extension of Time
to File Motion for Rehearing**

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 49.8, Appellee Rickie Sims respectfully asks the Court to extend the time for filing a motion for rehearing by 17 days, to and including January 4, 2016.

1. **The Court's judgment was rendered and its opinion was issued in this case on December 3, 2015. Accordingly, Appellee's Motion for Rehearing is**

1

**currently due on December 18, 2015**.

2.    **Appellee hereby requests a 17-day extension of time to file his motion for rehearing, to and including January 4, 2016.**

3.    **Appellant is not opposed to the extension requested herein.**

4.    **This is Appellee's first motion for extension of time** to file his motion for rehearing; no prior extensions have been granted.

5.    **The following facts justify the relief requested**:

The undersigned counsel, who is responsible for drafting Appellee's motion for rehearing, will not have time to complete Appellee's motion for rehearing before the current December 18, 2015 deadline. Since the Court's judgment was rendered and its opinion was issued on December 3, 2015, the undersigned has been or will be involved in the following matters that have prevented or will prevent him from completing Appellee's motion for rehearing by the current December 18, 2015 deadline and necessitate the 17-day extension requested herein:

- drafting Plaintiff's confidential mediation memorandum, preparing for mediation, and attending the December 7, 2015 mediation in Roy McMullen v. Quad/Graphics Marketing, LLC, Cause No. 9:15-cv-00040 in the United States District Court for the Eastern District of Texas, Lufkin Division.

- preparing for and attending the December 15, 2015 oral argument in

Enbridge Pipelines (East Texas) L.P. v. Gilbert Wheeler, Inc., No. 12-11-00303-CV in the Twelfth Court of Appeals;

- Preparing Plaintiff's notice of appeal, request for the reporter's record, designation of items to be included in the clerk's record, and docketing statement in an appeal from a September 15, 2015 Final Judgment in George Gregory v. Connecticut Shotgun Manufacturing Co., Cause No. 13-1515-C in the 241st District Court of Smith County, Texas, which must be filed by December 13, 2015;

- Legal research in a number of other cases.

6. The undersigned's involvement in the matters set forth above will prevent him from completing Appellee's motion for rehearing by the current December 18, 2015, deadline. This extension is sought so that the merits might be presented in the most helpful manner for the Court, and not for purposes of delay.

7. The facts stated in this motion are either within the Court's knowledge in its official capacity or within the personal knowledge of the undersigned counsel, so no affidavit is required under Texas Rule of Appellate Procedure 10.2.

WHEREFORE, Appellee respectfully prays for the relief sought herein.

Respectfully submitted,

/s/ Darrin Walker
Darrin Walker
State Bar. No. 00788600
LAW OFFICE OF DARRIN WALKER
6134 Riverchase Glen Dr.
Kingwood, Texas 77345
(281) 358-2295 (telephone)

3

(281) 358-5602 (facsimile)

darrinwalker@suddenlink.net

*Counsel for Appellee*

## Certificate of Conference

I certify that I conferred with Appellant's counsel, Hon. David Plaut, regarding this motion by e-mail on December 9, 2015. Mr. Plaut kindly advised that Appellant is not opposed to this motion.

/s/ Darrin Walker

Darrin Walker

## Certificate of Service

I hereby certify that the foregoing motion has been provided to counsel listed below in the manner indicated on this 9th day of December, 2015.

c.c.  Hon. David Plaut  via electronic service and
Attorney for Appellant  via email to dplaut@hannaplaut.com

/s/ Darrin Walker

Darrin Walker